UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 98-CV-2060 MJD/AJB |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| PARK SUPPLY, INC., | |
| Defendant. | |

The above entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the claims of the Plaintiff may be and are hereby dismissed with prejudice and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED,** that the District Court Administrator of said Court, upon filing of this Stipulation, is hereby authorized and directed to dismiss the claims of Plaintiff.

Dated: 12/8/99

| | |
|---|---|
| **MURNANE, CONLIN, WHITE & BRANDT** A Professional Association | **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |
| By: _____ James F. Baldwin #149263 H. Le Phan #274008 Attorneys for Defendant 1800 Piper Jaffray Plaza 444 Cedar Street Saint Paul MN 55101 (651) 227-9411 | By: _____ Lloyd B. Zimmerman, #12008x Senior Trial Attorney Attorneys for Plaintiff 330 Second Ave S Ste 430 Minneapolis MN 55401 (612) 335-4046 |

FILED  DEC 14 1999
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

## ORDER

On reading and filing the foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that all of the claims of the Plaintiff in the above-entitled action be and the same are hereby dismissed with prejudice on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: __12 · 13__, 1999     BY THE COURT:

_____
Judge of District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

*This is a summary only. For specific information on the time limits for filing a Notice of Appeal, consult with your attorney and review the applicable federal civil and appellate procedure rules and statutes.*

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.